**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

MAR 0 9 2006

GREGORY C. LANGHAM
CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 00420** -BNB

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

RICHARD LEE ARMSTRONG,

Plaintiff,

v.

ARAPAHOE COUNTY COMMISSIONERS,
BERNIE ZIMMERMAN,
LYNN MYERS, Mayer [sic] of Littleton,
JOHN OSTERMILLER, Mayor of Centeninial [sic],
RANDY PYE,
ARAPAHOE COUNTY JAIL,
SHERIFF J. GRAYSON ROBINSON,
DEPUTY ROBINSON,
DEPUTY FREEMAN,
LT. WICKSTROM,
DEPUTY SEXTON,
DEPUTY FINGER,
SHEILA CLARK, Law Library,
TWIN CITIES SECURITY,
ARAMARK FOOD SERVICES,
EDDIE KILMORE,
FOOD SERVICE DIRECTORS,
MAURICE WOMACK, Kitchen Manager,
CORRECTIONAL HEALTH CARE MANAGEMENT AND COMPLETE MEDICAL
STAFF,
JOHN DOE & JANE DOE 1-100,
DR. SOLIS,
DR. MOSHER,
NURSE LAURA,
NURSE TINA,
ELAINE MEYERS, RN, HSA,
CAROLYNN O'BRIAN,
DEPT. OF PROBATION,
18TH JUDICIAL DISTRICT PROBATION DEPT.,
STEVE FERRI,
JOHN DOE,

JANE DOE-1-100,
18TH JUDICIAL DISTRICT ATTORNEYS OFFICE,
CAROL CHAMBERS,
JOHN DOE & JANE DOE 1-500,
COLORADO STATE PUBLIC OFFICE OF THE PUBLIC DEFENDERS OFFICE,
DAVID KAPLAN,
JAMES O'CONNER,
STEVE McCOHONAN,
ARAPAHOE COUNTY CLASSIFICATION,
JOHN DOE & JANE DOE-1-500,
MS. DANA, and
ALL LITTLETON CENTENNIAL AND ARAPAHOE CITY AND COUNTY OFFICIALS,
and
SHERRIF [sic] DEPT. OFFICERS AND STAFF INVOLVED IN THIS ACTION IN THEIR
     INDIVIDUAL AND OFFICIAL CAPACITIES THAT ARE NOT CURRENTLY
     KNOWN BY NAME, BUT WILL BE DETAILED LATER,

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  __  is not submitted
(2)  __  is missing affidavit
(3)  X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __  is missing required financial information
(5)  __  is missing an original signature by the prisoner
(6)  __  is not on proper form (must use the court's current form)

2

(7)    __    names in caption do not match names in caption of complaint, petition or habeas application
(8)    __    An original and a copy have not been received by the court.
             Only an original has been received.
(9)    __    other _____

**Complaint, Petition or Application:**
(10)   X     is not submitted
(11)   __    · is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the prisoner
(13)   __    is missing page nos. ___
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    An original and a copy have not been received by the court.  Only an original has been received.
(16)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   __    names in caption do not match names in text
(18)   __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.**  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form: Prisoner Complaint  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

3

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this **7**ᵀᴴ day of _March_ ____, 2006.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

## 06 - CV - 00420 -BNB

Civil Action No.

Richard Lee Armstrong
Prisoner No. 6-6f16-0601315
Arapahoe County Jail
P.O. Box 4918
Centennial, CO 80155

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on___3/9/06_____

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk